01
02
03
04
05
06
07
08

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | Case No. 05-241-M |
| v. | ) | |
| | ) | |
| TAMMY LOUISE BEACHEM, | ) | DETENTION ORDER |
| | ) | |
| Defendant. | ) | |

<u>Offenses charged</u>:

  Counts 1 through 3:  Social Security Fraud in violation of 42 U.S.C. § 408(a)(7)(B).

  Count 4:  Aggravated Identify Theft in violation of 18 U.S.C. § 1028A.

<u>Date of Detention Hearing</u>:  July 22, 2005

  The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

  (1) The Pretrial Services Report dated July 19, 2005, indicates that defendant was in possession of seven to eight identification cards in different names at the time of her arrest. Several of the identification cards appear with her name and photo on them.  These cards are for

DETENTION ORDER                            15.13
18 U.S.C. § 3142(i)                            Rev. 1/91
PAGE 1

several states, including Washington, Arizona, Idaho, and Kentucky.  Also, false identification cards with her photo on them, but different names, were obtained from defendant's at the time of her arrest.

(2) Defendant has given conflicting information to the Pretrial Services Office and to her case agent, as well as conflicting information provided by her mother regarding her residential history, and most recently her unstable residential history.

(3) Defendant has been unemployed for the past six months.

(4) Defendant is viewed as a risk of flight because of the nature of the pending charges.

(5) There appear to be no conditions or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

01    DATED this 25th day of July, 2005.

_____
JAMES P. DONOHUE
United States Magistrate Judge