Judge Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.   CR05-302MJP |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER CONTINUING TRIAL DATE |
| | ) | |
| TAMMY L. BEACHEM, | ) | |
| a/k/a "Tammy L. Baker," | ) | |
| a/k/a "Tammy L. Bruner," | ) | |
| a/k/a "Tracey Kay Williams," | ) | |
| a/k/a "Brenda N. Delany," | ) | |
| a/k/a "Brenda N. Dumars," | ) | |
| a/k/a "Jimmie L. Cain," | ) | |
| a/k/a "Jimmie L. Caine," | ) | |
| a/k/a "Jimmie L. Lewis," | ) | |
| a/k/a "Brenda Davis," | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER comes before the Court as a result of a motion by Defendant Tammy L. Beachem to have new counsel appointed, filed on October 5, 2005. Based on the information presented at the hearing on that motion, information presented to the Court through court staff, and being otherwise fully advised, the Court now finds and rules as follows:

1.    At the time Defendant's motion for new counsel was filed, trial was set for October 17, 2005. This was the original trial date, and no previous continuances had been sought or granted.

2.    A hearing was held Defendant's motion for new counsel on October 11, 2005, just six days before the then-scheduled trial date.

3.      At the hearing on October 11, 2005, Defendant was advised that obtaining a new lawyer so close to trial would necessitate a continuance of the trial date, and Defendant acknowledged and consented to the continuance.

4.      Based on the information presented at the hearing, the Court orally granted the motion for new counsel.  As part of the Court's order granting the motion, the Court struck the October 17, 2005 trial date with instructions that the parties contact the Court to set a new trial date once new defense counsel was appointed.

5.      Ralph Hurvitz was appointed new defense counsel shortly thereafter. Mr. Hurvitz formally appeared in this matter on October 27, 2005.

6.      Discovery in this matter is not inconsiderable, consisting of in excess of 925 pages of material - none of which could have been reviewed by new counsel in time to prepare for the original trial date.

7.      After preliminary reviewing the discovery and meeting with his client, the parties conferred about this matter's readiness for trial, and contacted Court staff to advise that both parties could be ready for trial on November 29, 2005.

8.      Defendant filed a written "Waiver of Speedy Trial" through December 15, 2005, on or about October 24, 2005.

9.      Defendant further filed a motion to dismiss Counts 4 and 6 of the Indictment on October 27, 2005, noted for consideration on November 14, 2005.  The Government's response to that motion was filed on November 8, 2005.  Consideration of that motion is still pending, further tolling the speedy trial clock pursuant to 18 U.S.C. § 3161(h)(1)(F).

10.      The Court hereby finds that a continuance from October 17, 2005, until at least November 29, 2005, was and is necessary to avoid a miscarriage of justice within the meaning of 18 U.S.C. § 3161(h)(8)(A).  Denying the continuance, after granting the motion for new counsel for good cause shown, would have denied the defendant reasonable time to obtain counsel and/or would have denied counsel for the defendant the

1  reasonable time necessary for effective preparation for trial, taking into account the

2  exercise of due diligence.

3       11.    For all of the reasons stated above, the Court further finds that the need to

4  avoid this miscarriage of justice outweighs the Defendant's own best interest in a speedy

5  trial, as well as the interest of the public in a speedy trial.

6       12.    Accordingly, the Court further finds that the time between October 17,

7  2005 and November 29, 2005, is excludable time within the meaning of 18 U.S.C.

8  § 3161(h)(8)(A).

9       Based on the foregoing findings and conclusions, now, therefore, it is hereby

10      ORDERED that the trial in this matter is continued to November 29, 2005.

11      ORDERED that  pursuant to 18 U.S.C. § 3161(h), the period of time from the

12  current trial date to the new trial date is excluded in the computation of time under the

13  Speedy Trial Act as this is a reasonable period of delay.

14      SO ORDERED this 9th day of November, 2005.

15

16                          /S/Marsha J. Pechman
                            THE HONORABLE MARSHA J. PECHMAN
17                          United States District Court Judge

18

19  Presented by:

20  s/ Vincent T. Lombardi
    VINCENT T. LOMBARDI WSB # 21967
21  Assistant United States Attorney
    U.S. Attorneys' Office
22  700 Stewart Street, Suite 5220
    Seattle, WA  98101
23  Phone:  (206) 553-5178
    Fax:     (206) 553-0755
24  Email: Vince.Lombardi@usdoj.gov

25  Approved as to Form,
    Notice of Presentation Waived

26  s/ Ralph Hurvitz
27  RALPH HURVITZ
    Attorney for Defendant Tammy L. Beachem

28

ORDER CONTINUING TRIAL - 3
(BEACHEM, CR05-302MJP)

1

CERTIFICATE OF SERVICE

2          I hereby certify that on November 9, 2005, I electronically filed the foregoing with

3  the Clerk of Court using the CM/ECF system which will send notification of such filing

4  to the attorney(s) of record for the defendant(s).  I hereby certify that I have served the

5  attorney(s) of record for the defendant(s) that are non CM/ECF participants via telefax.

6

7                                             s/_____
                                             Leila Hasegawa, Legal Assistant
8                                             700 Stewart Street, Suite 5220
                                             Seattle, WA 98101-1271
9                                             United States Attorney's Office
                                             Facsimile: 206-553-0755
10                                            Phone: 206-553-4579
                                             E-mail: Leila.Hasegawa@usdoj.gov

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER CONTINUING TRIAL - 4
(BEACHEM, CR05-302MJP)